

**Court of Appeals**

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

June 11, 2015

John Bennett
Attorney at Law
P. O. Box 19144
Amarillo, TX 79114
* DELIVERED VIA E-MAIL *

Warren L. Clark
Asst. Criminal District Attorney
Randall County Justice Center
2309 Russell Long Blvd., Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-15-00181-CR, 07-15-00182-CR
          Trial Court Case Numbers: 18,607-B, 18,608-B

**Style:** Michael Don Denton v. The State of Texas

Dear Counsel:

The following was filed Wednesday, June 10, 2015, in the captioned appeals:

Reporter's Record (5 volumes)

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Honorable John B. Board (DELIVERED VIA E-MAIL)
      Jodi Goodman (DELIVERED VIA E-MAIL)